USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymundo Jimenez Mosquea,

                Plaintiff,

-against-

New Parque, Inc.,

                Defendant.

1:20-cv-10014 (LTS) (SDA)

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

This case has been assigned to me for general pretrial management. (ECF No. 6.) The parties (or, if Defendant has not appeared in the case, only Plaintiff) shall appear for a Telephone Conference on Wednesday, February 24, 2021 at 2:00 p.m. to discuss the status of this case. Plaintiff shall be prepared to discuss any efforts made to serve Defendant with the Complaint. At the scheduled time, the parties (or, if Defendant has not appeared in the case, only Plaintiff) shall call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               February 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge