```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Raymundo Jimenez Mosquea,

                Plaintiff,

-against-

New Parque, Inc.,

                Defendant.

1:20-cv-10014 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties this morning, the Court hereby Orders as follows:

1. Defendant shall respond to the Complaint no later than February 26, 2021.

2. No later than March 17, 2021, the parties shall make a submission to the Court:

    a. If the case will be proceeding, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. If the parties disagree about the dates or other terms of the proposed schedule, then they shall also file, on the same date, a joint letter briefly explaining the dispute.

    b. If the case will not be proceeding, then the parties shall file either (i) a joint letter setting forth that the parties settled the case and indicating the consideration Plaintiff received in return for withdrawing her claims; or (ii) an affidavit from Plaintiff and an affidavit from Defendant, each stating under oath that Plaintiff received no consideration of any kind in return for withdrawing her claims.

3.       A Telephone Conference shall be held on March 24, 2021, at 11:00 a.m., unless adjourned or cancelled prior to that date. At the scheduled time, the parties shall call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
          February 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge