**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:___3/24/2021___           │
└─────────────────────────────────────┘
```

Raymundo Jimenez Mosquea,

                                   Plaintiff,

              -against-

New Parque, Inc.,

                                   Defendant.

1:20-cv-10014 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties this morning, the Court hereby Orders as follows:

1.        No later than Friday, March 26, 2021, Defendant shall file an affidavit or declaration stating under oath whether Plaintiff received consideration of any kind, including the resumption or extension of employment, in return for withdrawing his claims.

2.        No later than Friday, April 2, 2021, after review of Defendant's affidavit or declaration, Plaintiff's counsel shall file: (a) a stipulation of voluntary dismissal; (b) a motion for leave to withdraw as counsel; or (c) a letter proposing a course of action other than dismissal or withdrawal and stating the reasons therefor.

**SO ORDERED.**

Dated:   New York, New York
         March 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge